TERESA M. MCGOWAN, CA Bar No. 145823
Deputy County Counsel
JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, CA 92415-0140
Telephone: (909) 387-5283
Facsimile: (909) 387-4069
tmcgowan@cc.sbcounty.gov

Attorneys for Defendants, DEPUTY M. BEITLER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH KEITH CARDIN and AIMEE CARDIN,<br><br>Plaintiff[s]<br><br>v.<br><br>LORI ANN MARTINEZ, JOHNNY MARTINEZ, ANTHONY STEGER, ERICA SANCHEZ, OFFICER/DEPUTY M. BEITLER, individually and in his official capacity, BUFFALO WILD WINGS, SEAN HUBER, and JOHN DOES 1-10,<br><br>Defendant[s] | CV 10-04831 ODW (SSx)<br><br>[~~PROPOSED~~] PROTECTIVE ORDER<br><br><br><br>Pre-Trial Conference: June 13, 2011<br>Trial: July 5, 2011 |

**PROTECTIVE ORDER** — *as modified by the court*

The Stipulation for Protective Order is granted as requested by the parties and the information and materials designated as Confidential Material shall be subject to all its terms and conditions. *DUE TO PRIVACY concerns, AND FOR GOOD CAUSE SHOWN. (SHS)*

Dated: MAY 4, 2011        /s/ _____
                          MAGISTRATE JUDGE
                          SUZANNE H. SEGAL

#2710272 TMM:dh

1

[~~PROPOSED~~] PROTECTIVE ORDER

| | |
|---|---|
| 1 | TERESA M. MCGOWAN, CA Bar No. 145823<br>Deputy County Counsel |
| 2 | JEAN-RENE BASLE, CA Bar No. 134107<br>County Counsel |
| 3 | 385 North Arrowhead Avenue, Fourth Floor<br>San Bernardino, CA 92415-0140 |
| 4 | Telephone: (909) 387-5283 |
| 5 | Facsimile: (909) 387-4069　　　NOTE CHANGES MADE BY THE COURT<br>tmcgowan@cc.sbcounty.gov |
| 6 | |
| 7 | Attorneys for Defendants, DEPUTY M. BEITLER |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | CENTRAL DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSEPH KEITH CARDIN and AIMEE CARDIN,

　　Plaintiff[s]

v.

LORI ANN MARTINEZ, JOHNNY MARTINEZ, ANTHONY STEGER, ERICA SANCHEZ, OFFICER/DEPUTY M. BEITLER, individually and in his official capacity, BUFFALO WILD WINGS, SEAN HUBER, and JOHN DOES 1-10,

　　Defendant[s]

CV 10-04831 ODW (SSx)

**STIPULATION FOR PROTECTIVE ORDER**

NOTE CHANGES MADE BY THE COURT

Pre-Trial Conference: June 13, 2011
Trial: July 5, 2011

　　IT IS HEREBY STIPULATED by and between the parties hereto that this Court issue a Protective Order as it concerns various discovery materials in the subject case. This action involves alleged preparation of a false police report and refusal to provide medical aid to an injured arrestee by a San Bernardino County Sheriff's Deputy.

　　Plaintiff has sought by way of discovery and expects to further seek in the future certain documents and information which is confidential and

1.

STIPULATION FOR PROTECTIVE ORDER

1 ~~privileged under the Federal Rule of Civil Procedure §501 and the Privilege~~
2 ~~for Official Information pursuant to CA Evidence Code §1040. Disclosure~~
3 ~~of the information is against the public interest because there is a necessity~~
4 ~~for preserving the confidentiality of the information that outweighs the~~
5 ~~necessity for disclosure in the interest of justice.~~ *(SHS)*

The document consists of an audio CD of the dispatchers radio call between deputies and the dispatcher as deputies were directed to the scene of the incident.

The audio contains descriptions of vehicles, addresses, and other information likely to infringe on the privacy of persons unrelated to the incident in the present action and which is not relevant to plaintiff's action. It is in the interest of unrelated third parties, law enforcement, as well as the general public to prevent disclosure of a portion of the requested materials.

In order to protect confidential, irrelevant, and/or privileged information, documents and records in the discovery, the parties propose the following Protective Order regarding the control and use of these documents and information:

1. The documents shall be designated as "CD ONE." The CD shall be designated as follows: "Confidential Material Subject to Protective Order" and use of the CD shall be limited to only dialog related to the incident.

2. The Confidential Material shall be used solely in connection with this litigation in the preparation and trial of this case, and not for any other litigation or any other purpose.

3. The Confidential Material may be disclosed only to the following persons;

   a) counsel and parties to this action;

1      b) any expert or consultant retained in connection with this
2 action and not otherwise employed by either party;
3      c) any in-house expert designated by defendants to testify at
4 trial in this matter;
5      d) witnesses during the course of deposition or court
6 proceedings; no witness may leave a deposition or court proceeding with
7 Confidential Material, and shall be bound by the provisions of paragraph 4
8 below. *and the Court or Court staff*

    4. Each person to whom the disclosure of Confidential Material is made, with the exception of counsel, who are presumed to know of the contents of this protective order, shall, prior to the time of disclosure, be provided by the person furnishing him/her Confidential Material, a copy of this Order, and shall agree on the record or in the writing that he/she has read the Protective Order and that he/she understands the provisions of the Protective Order.

    5. At the conclusion of the trial and of any appeal, or upon other termination of this litigation, all Confidential Material governed by the provisions of this Order shall all be returned to counsel for defendant, COUNTY OF SAN BERNARDINO, for transmittal to the Sheriffs Department of San Bernardino for retention or destruction. Counsel for each party shall certify that in returning the Confidential Material that they have received all copies from any third party and all materials and copies are being returned by them and that counsel has not kept any copies.

    6. The foregoing is without prejudice to the right of any parties:

      a)    to apply to the Court for a further protective order relating to any Confidential Material or relating to discovery in this litigation;

      b)    to apply to the Court for an order removing the

STIPULATION FOR PROTECTIVE ORDER

#27A4157

Confidential Material designation from the document;

    c)    to apply to the Court for an order modifying this order or for any order permitting disclosure of Confidential Material beyond the terms of this order.

Dated: 3/21, 2011

_____
MICHEAL J. WOLF
Counsel for Joseph and Aimee Cardin

Dated: 3/18, 2011

_____
TERESA M. McGOWAN
Counsel for County of San Bernardino,
San Bernardino County Sheriff's
Department and Rancho Cucamonga
Police Department

4.
PROTECTIVE ORDER

#27A4157